# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>North Carolina State Board of Elections, et al.<br>*Defendant* | )<br>)<br>) Case No. 5:25-cv-00283-FL<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America

Date: 05/28/2025

*Attorney's signature*

James Thomas Tucker, DC Bar No. 90010157
*Printed name and bar number*

Voting Section, Civil Rights Division
U.S. Department of Justice
150 M Street NE, Room 8.923
Washington, D.C. 20530
*Address*

james.t.tucker@usdoj.gov
*E-mail address*

(202) 307-2767
*Telephone number*

(202) 307-3961
*FAX number*