# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:25-cv-00283-FL |
| North Carolina State Board of Elections, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America

Date: 05/28/2025

*Attorney's signature*

Timothy F. Mellett, DC Bar No. 430968
*Printed name and bar number*

Voting Section, Civil Rights Division
U.S. Department of Justice
150 M Street NE, Room 8.923
Washington, D.C. 20530
*Address*

timothy.f.mellett@usdoj.gov
*E-mail address*

(202) 307-2767
*Telephone number*

(202) 307-3961
*FAX number*