# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina ▼

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff(s)* <br> v. <br> NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. <br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 5:25CV283-FL ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   North Carolina State Board of Elections
c/o Paul Cox, Esq., General Counsel
Dobbs Building, Third floor
430 N. Salisbury Street
Raleigh, North Carolina 27611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James Thomas Tucker
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 5/28/25

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina ▼

UNITED STATES OF AMERICA )
)
*Plaintiff(s)* )
v. ) Civil Action No. 5:25cv283 FL
)
NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sam Hayes
c/o Paul Cox, Esq., General Counsel
North Carolina State Board of Elections
Dobbs Building, Third floor
430 N. Salisbury Street
Raleigh, North Carolina 27611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James Thomas Tucker
Civil Rights Division, Voting Section
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 5/28/25

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina ▼

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. <br><br> *Defendant(s)* | Civil Action No. 5:25CV283-FL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Francis X. De Luca
c/o Paul Cox, Esq., General Counsel
North Carolina State Board of Elections
Dobbs Building, Third floor
430 N. Salisbury Street
Raleigh, North Carolina 27611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James Thomas Tucker
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
CLERK OF COURT

Date: 5/28/25

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina ▼

UNITED STATES OF AMERICA )
)
*Plaintiff(s)* )
v. ) Civil Action No. 5:25CV283-FL
)
)
NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Stacy Eggers IV
c/o Paul Cox, Esq., General Counsel
North Carolina State Board of Elections
Dobbs Building, Third floor
430 N. Salisbury Street
Raleigh, North Carolina 27611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Thomas Tucker
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
CLERK OF COURT

Date: 5/28/25

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

UNITED STATES OF AMERICA

*Plaintiff(s)*

v.

Civil Action No. 5:25CV283-FL

NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Siobhan O'Duffy Millen
c/o Paul Cox, Esq., General Counsel
North Carolina State Board of Elections
Dobbs Building, Third floor
430 N. Salisbury Street
Raleigh, North Carolina 27611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Thomas Tucker
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
CLERK OF COURT

Date: 5/28/25

*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina ▼

UNITED STATES OF AMERICA

*Plaintiff(s)*

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL.

*Defendant(s)*

Civil Action No. 5:25CV0283-FL

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Robert Rucho
c/o Paul Cox, Esq., General Counsel
North Carolina State Board of Elections
Dobbs Building, Third floor
430 N. Salisbury Street
Raleigh, North Carolina 27611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Thomas Tucker
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
CLERK OF COURT

Date: 5/28/25

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina ▼

UNITED STATES OF AMERICA )
)
*Plaintiff(s)* )
v. ) Civil Action No. 5:25cv283-FL
)
NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  State of North Carolina
c/o Hon. Jeff Jackson
Attorney General, State of North Carolina
North Carolina Department of Justice
114 West Edenton Street
Raleigh, North Carolina 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Thomas Tucker
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
CLERK OF COURT

Date: 5/28/25                                                               *Signature of Clerk or Deputy Clerk*