UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, JEFF CARMON, STACY EGGERS IV, SIOBHAN O'DUFFY MILLEN, and ROBERT RUCHO, in their official capacities as Members of the North Carolina State Board of Elections; and STATE OF NORTH CAROLINA,<br><br>    Defendants. | Case No. 5:25-cv-00283 |

## THE NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS' MOTION TO INTERVENE AS DEFENDANT

The North Carolina Alliance for Retired Americans ("the Alliance") submits this motion to intervene as defendant, requesting that the Court allow it to intervene as of right pursuant to Fed. R. Civ. P. 24(a) or, alternatively, Fed. R. Civ. P. 24(b). In support of this motion, the Alliance relies on the bases and authorities set forth in the attached memorandum in support, in addition to the attached declaration.

Dated: June 2, 2025.

Respectfully submitted,

/s/ *Narendra K. Ghosh*
Narendra K. Ghosh
N.C. Bar No. 37649
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

1

Lalitha D. Madduri*
Christopher D. Dodge*
Tina Meng Morrison*
James J. Pinchak*
ELIAS LAW GROUP LLP
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
cdodge@elias.law
tmengmorrison@elias.law
jpinchak@elias.law

*Notice of Special Appearance Forthcoming*

*Counsel for Proposed Intervenor the North Carolina Alliance for Retired Americans*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on Plaintiff via CM/ECF, and was served via mail to defendants at the following addresses:

Paul Cox
General Counsel
NC State Board of Elections
6400 Mail Service Center
Raleigh, NC 27699-6400

Jeff Jackson
Attorney Geneal
P.O. Box 629
Raleigh, NC 27602

Dated: June 2, 2025.

/s/ Narendra K. Ghosh
Narendra K. Ghosh, NC Bar No. 37649
nghosh@pathlaw.com
PATTERSON HARKAVY LLP
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
Tel: (919) 942-5200

*Counsel for Proposed Intervenor the North Carolina Alliance for Retired Americans*