# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO. 5:25-CV-283-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, JEFF CARMON, STACY EGGERS IV, SIOBHAN O'DUFFY MILLEN, and ROBERT RUCHO, in their official capacities as Members of the North Carolina State Board of Elections; and STATE OF NORTH CAROLINA, <br><br> *Defendants*. | **THE DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO INTERVENE** |

The Democratic National Committee ("DNC"), by and through counsel, moves to intervene in this matter as Intervenor-Defendant, requesting that the Court allow it to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a). In the alternative, the DNC requests the Court permit it to intervene pursuant to Federal Rule of Civil Procedure 24(b). In support of this motion, the DNC relies on the bases and authorities in its contemporaneously filed memorandum of law, in addition to its proposed answer in intervention.

WHEREFORE, the DNC respectfully requests that the Court grant its motion, allow it to intervene in this matter, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted, this 17th day of June, 2025.

| | |
|---|---|
| S<small>ETH</small> P. W<small>AXMAN</small>*<br>D<small>ANIEL</small> S. V<small>OLCHOK</small>*<br>C<small>HRISTOPHER</small> E. B<small>ABBITT</small>*<br>W<small>ILMER</small> C<small>UTLER</small> P<small>ICKERING</small><br>   H<small>ALE AND</small> D<small>ORR</small> LLP<br>2100 Pennsylvania Avenue N.W.<br>Washington, D.C. 20037<br>Phone: (202) 663-6000<br>Fax: (202) 663-6363<br>seth.waxman@wilmerhale.com<br>daniel.volchok@wilmerhale.com<br>christopher.babbitt@wilmerhale.com<br>(*<i>Pro Hac Vice</i> application forthcoming) | /s/ William A. Robertson<br>J<small>IM</small> W. P<small>HILLIPS</small>, J<small>R</small>.<br>N.C. B<small>AR</small> N<small>O</small>. 12516<br>S<small>HANA</small> L. F<small>ULTON</small><br>N.C. B<small>AR</small> N<small>O</small>. 27836<br>W<small>ILLIAM</small> A. R<small>OBERTSON</small><br>N.C. B<small>AR</small> N<small>O</small>. 53589<br>J<small>AMES</small> W. W<small>HALEN</small><br>N.C. Bar No. 58477<br>B<small>ROOKS</small>, P<small>IERCE</small>, M<small>C</small>L<small>ENDON</small><br>   H<small>UMPHREY</small> & L<small>EONARD</small>, LLP<br>150 Fayetteville Street<br>1700 Wells Fargo Capitol Center<br>Raleigh, N.C. 27601<br>Phone: (919) 839-0300<br>Fax: (919) 839-0304<br>jphillips@brookspierce.com<br>sfulton@brookspierce.com<br>wrobertson@brookspierce.com<br>jwhalen@brookspierce.com |