UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **United States of America,**<br><br>　　Plaintiff,<br><br>　v.<br><br>**North Carolina State Board of Elections; Sam Hayes**, in his official capacity as Executive Director of the North Carolina State Board of Elections**; Francis X. De Luca, Jeff Carmon, Stacy Eggers IV, Siobhan O'Duffy Millen**, and **Robert Rucho**, in their official capacities as members of the North Carolina State Board of Elections; and **State of North Carolina,**<br><br>　　Defendants. | No. 5:25-cv-00283 |

**MOTION TO INTERVENE AS DEFENDANTS BY GABRIELA ADLER-ESPINO, RANI DASI, MARY KAY HELING, AUDREY MEIGS, LARRY REPANES, AMY GRACE BRYANT, RALIM ALLSTON, KEMEKA SIDBURY, THE NAACP NORTH CAROLINA STATE CONFERENCE, AND THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA**

Gabriela Adler-Espino, Rani Dasi, Mary Kay Heling, Audrey Meigs, Larry Repanes, Amy Grace Bryant, Ralim Allston, Kemeka Sidbury, the NAACP North Carolina State Conference, and the League of Women Voters of North Carolina (the "Proposed Intervenors") respectfully request that they be permitted to intervene as defendants in this action as of right under Federal Rule of Civil Procedure 24(a) or, in the alternative, permissively under Federal Rule of Civil Procedure 24(b).

Dated: June 17, 2025

Respectfully submitted,

/s/ *Jeffrey Loperfido*
Jeffrey Loperfido

Caitlin A. Swain (No. 57042)
Kathleen Roblez (No. 57039)
Ashley Mitchell (No. 56889)
**Forward Justice**
P.O. Box 1932
Durham, NC 27702
Telephone: 919-907-8586
cswain@forwardjustice.org
kroblez@forwardjustice.org
amitchell@forwardjustice.org

Jeffrey Loperfido (N.C. Bar No. 52939)
**SOUTHERN COALITION FOR SOCIAL JUSTICE**
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
jeffloperfido@scsj.org

Andrew B. Garber* (N.Y. Bar No.: 5684147)
**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646-292-8310
garbera@brennan.law.nyu.edu

Maura Eileen O'Connor* (N.Y. Bar No.: 4312302)
Justin Lam* (D.C. Bar No.: 1766514)
**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
1140 Connecticut Avenue NW
Suite 1150
Washington, DC 20036
Telephone: 202-249-7190
oconnore@brennan.law.nyu.edu
lamju@brennan.law.nyu.edu

*Counsel for Proposed Intervenor-Defendants*

**Notice of Special Appearance Forthcoming*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all parties via CM/ECF.

Dated: June 17, 2025

Respectfully submitted,

/s/ *Jeffrey Loperfido*
Jeffrey Loperfido

Jeffrey Loperfido (N.C. Bar No. 52939)
**SOUTHERN COALITION FOR SOCIAL JUSTICE**
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
jeffloperfido@scsj.org

*Counsel for Proposed Intervenor-Defendants*