# Exhibit A

# NCSBE Board Meeting

June 24, 2025



# Plan to Collect Incomplete Registration Information from Certain Voters

Sam Hayes, executive director



# Background: Missing Identification Information and Litigation

- Faulty instructions on VR form for about a decade (corrected in January 2024) led some voters to register without providing DL# or SSN4.
- Multiple legal disputes—some citing federal law, the Help America Vote Act (HAVA), the most recent involving the US Department of Justice (*United States v. North Carolina State Board of Elections*).
- Separately, NC Court of Appeals ordered NCSBE to seek missing HAVA-required information from existing voters before they can vote a regular ballot in future elections.
- **Goal**: Obtain missing information from voters to comply with COA decision and resolve lawsuits regarding these registrations.

NORTH CAROLINA STATE BOARD OF ELECTIONS

# Proposed 3-Part Plan
## Part 1: Mailings from NCSBE to Affected Voters

- **Mailing 1 (July 2025)**: To approx. **98,000** voters who registered after HAVA became effective (2004) and whose records apparently lack HAVA info and have not otherwise complied with HAVA. These voters will vote provisionally until they provide the information.

- **Mailing 2 (Summer 2025)**: To approx. **96,000** voters who _have complied_ with HAVA but for whom there is no DL# or SSN4 on file (e.g., provided DL/SSN that did not validate, but showed alternative HAVA ID when voting.). These voters continue to vote regular ballots. Collecting this data will facilitate better list maintenance going forward.

NORTH CAROLINA STATE BOARD OF ELECTIONS

# Proposed 3-Part Plan
## Part 1: Mailings from NCSBE to Affected Voters, ctnd.

- **Mailing 3:** After other steps completed, repeat Mailing 1 to voters who have not provided required information.

- Mailings include self-addressed, postage-prepaid return envelope to voter's CBE with simple form for collecting the information. Also includes information about online NCDMV registration portal, where affected voters can update their registration with their DL# and SSN4.

# Proposed 3-Part Plan
## Part 2: Data Review/Correction by CBEs

- Between now and mid-August, CBEs will review records in database for "active" status voters identified as potentially missing required info and correct records where info was provided by the voter but not entered by the county.
- CBEs also will correct records where the voter registered prior to HAVA becoming effective (2004), but the database shows the wrong registration date.
- For "inactive" status voters, CBEs will provide information to NCSBE on any necessary corrections to voter records, and the State Board will make changes. This will ensure that normal list maintenance schedule for these inactive voters is not upset.

NORTH CAROLINA STATE BOARD OF ELECTIONS

# Proposed 3-Part Plan
## Part 3: Provisional Voting for Voters Missing DL#/SSN4

- In future elections, in-person voters who lack required info on their record must vote provisionally.
- NCSBE creating a flag to appear on these voters' records in electronic or paper pollbooks alerting poll workers that they must vote provisional ballot and provide missing information for ballot to count.
- CBEs train poll workers to instruct voters to provide information on their provisional application to avoid any future issues and ensure their ballot counts.

NORTH CAROLINA STATE BOARD OF ELECTIONS

# Questions?

