# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
No. 5:25-cv-00283

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| NORTH CAROLINA STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, JEFF CARMON, STACY EGGERS IV, SIOBHAN O'DUFFY MILLEN, and ROBERT RUCHO, in their official capacities as members of the North Carolina State Board of Elections; and STATE OF NORTH CAROLINA, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | | |

Please take notice that the undersigned, Justin Lam, hereby enters a notice of special appearance as counsel for Proposed Intervenor-Defendants Gabriela Adler-Espino, Rani Dasi, Mary Kay Heling, Audrey Meigs, Larry Repanes, Amy Grace Bryant, Ralim Allston, Kemeka Sidbury, the NAACP North Carolina State Conference, and the League of Women Voters of North Carolina in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Jeffrey Loperfido.

I certify that I will submit any document to the Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: June 20, 2025

/s/ Justin Lam

Justin Lam
Brennan Center for Justice at NYU Law
1140 Connecticut Ave NW, Suite 1150
Washington, D.C. 20036
Ph: (202) 249-7190
lamju@brennan.law.nyu.edu
D.C. Bar No. 1766514
*Counsel for Proposed Intervenor-Defendants*

/s/ Jeffrey Loperfido

Jeffrey Loperfido
Southern Coalition for Social Justice
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Ph:   919-794-4213
Fax: 919-908-1525
jeffloperfido@scsj.org
NC Bar No. 52939
*Local Civil Rule 83.1(d) Attorney for
Proposed Intervenor-Defendants*

2