# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
No. 5:25-cv-00283

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTH CAROLINA STATE BOARD OF ) <br> ELECTIONS; SAM HAYES, in his official ) <br> capacity as Executive Director of the North ) <br> Carolina State Board of Elections; FRANCIS ) <br> X. DE LUCA, JEFF CARMON, STACY ) <br> EGGERS IV, SIOBHAN O'DUFFY ) <br> MILLEN, and ROBERT RUCHO, in their ) <br> official capacities as members of the North ) <br> Carolina State Board of Elections; and ) <br> STATE OF NORTH CAROLINA, ) <br> ) <br> Defendants. | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned, Andrew B. Garber, hereby enters a notice of special appearance as counsel for Proposed Intervenor-Defendants Gabriela Adler-Espino, Rani Dasi, Mary Kay Heling, Audrey Meigs, Larry Repanes, Amy Grace Bryant, Ralim Allston, Kemeka Sidbury, the NAACP North Carolina State Conference, and the League of Women Voters of North Carolina in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Jeffrey Loperfido.

I certify that I will submit any document to the Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

/s/ *Andrew B. Garber*
Andrew B. Garber
Brennan Center for Justice at
NYU School of Law

120 Broadway, Suite 1750
New York, NY 10271
Ph: (646) 292-8310
garbera@brennan.law.nyu.edu
NY Bar No. 5684147
Counsel for Proposed
Intervenor-Defendants


 /s/ *Jeffrey Loperfido*
Jeffrey Loperfido
Southern Coalition for Social Justice
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Ph:   919-794-4213
Fax: 919-908-1525
jeffloperfido@scsj.org
NC Bar No. 52939
Local Civil Rule 83.1(d) Attorney for
Proposed Intervenor-Defendants