**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**NO. 5:25-CV-00283-M**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH CAROLINA STATE BOARD OF | ) | **SECOND MOTION FOR EXTENSION** |
| ELECTIONS; SAM HAYES, in his official | ) | **OF TIME TO ANSWER OR** |
| capacity as Executive Director of the North | ) | **OTHERWISE** |
| Carolina State Board of Elections; FRANCIS | ) | **RESPOND TO PLAINTIFF'S** |
| X. DE LUCA, JEFF CARMON, STACY | ) | **COMPLAINT** |
| EGGERS IV, SIOBHAN O'DUFFY | ) | |
| MILLEN, and ROBERT RUCHO, in their | ) | |
| official capacities as Members of the North | ) | |
| Carolina State Board of Elections; and | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants North Carolina State Board of Elections ("State Board"), Sam Hayes, in his

official capacity as Executive Director of the State Board of Elections and Francis X. De Luca,

Jeff Carmon, III, Stacy Eggers, IV, Siobhan O'Duffy Millen, and Robert Rucho, sued in their

official capacities as Members of the State Board of Elections, and the State of North Carolina

(collectively "Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and

Local Civil Rule 6.1, hereby move for an extension of time to answer or otherwise respond to

Plaintiff's Complaint [D.E. 1] for sixty-one days up to and including Monday, October 27, 2025.

In support of this motion, Defendants show the following:

1.      Plaintiff filed its Complaint on May 27, 2025. [D.E. 1]

2.      Defendants executed Waivers of Service of Plaintiff's Complaint, and as a result, Defendants were required to answer or otherwise respond to Plaintiff's Complaint on or before July 28, 2025. [D.E. 14-21]; *see* Fed. R. Civ. P. 4(d)(3) and 12(a)(1)(A)(ii).

3.      In June, multiple parties filed motions to intervene supported by a memorandum of law asserting intervention as of right, or alternatively, permissive intervention. [D.E. 7, 8, 34, 35, 39, 40] Plaintiff and Defendants opposed those motions, which remain pending. [D.E. 55, 56, 57]

4.      On July 23, 2025, Defendants filed a Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, seeking to have Defendants' responses due on August 27, 2025, and this Court granted the motion. [D.E. 65]; *see also* the July 26, 2025 Text Only Order. Accordingly, Defendants have until August 27, 2025 to answer or otherwise respond to Plaintiff's Complaint.

5.      Good cause exists to grant the instant Motion for Extension. Defendants have been implementing a remedial plan to resolve all issues raised in this matter and potentially others.[1] As a result, Defendants and Plaintiff have continued negotiating in good faith to resolve the instant case. The State Board expects to review a proposed settlement in closed session at its upcoming August 27, 2025 meeting. If approved, Plaintiff and Defendants intend to submit on or about August 28, 2025, a joint motion to this court requesting entry of a Consent Order. An extension of time that would extend for sixty day up to and including October 27, 2025 will allow time for the Court to review and rule on the forthcoming motion to approve the consent order without the need for further requests for extension of time, further briefing, or the use of judicial resources.

---

[1] *See* State Board website, "Registration Repair | NCSBE," https://www.ncsbe.gov/registrationrepair (last visited  August 25, 2025).

6.     Accordingly, Defendants request an extension time of sixty-one days up to and including Monday, October 27, 2025 within which to file an answer or otherwise respond to Plaintiff's Complaint.

7.     This is Defendants' second request for an extension of the deadlines to respond to Plaintiff's Complaint.

8.     This motion is being made within the current deadline and is not being made for any improper purpose.

9.     Undersigned counsel believe that the extension of time is reasonable to accomplish the necessary steps described above.

10.     Undersigned counsel consulted with counsel for Plaintiff regarding this request for an extension of time. Counsel for Plaintiff did not agree to a sixty day extension of time. Instead, Plaintiff's counsel agreed to stipulate to entry of an order that would extend Defendants' time to answer until 10 days after the Court rules on the forthcoming motion to approve the consent order.

11.     A proposed order granting State Board Defendants' Second Motion for Extension of Time is attached hereto, and a MS Word version of that proposed order is being emailed to the presiding judge's staff using the following address: Documents_Judge_Myers@nced.uscourts.gov.

WHEREFORE, Defendants respectfully request that the Court enter an order extending the time within which to file an answer or otherwise respond to Plaintiff's Complaint by sixty-one days, up to and including Monday, October 27, 2025.

Respectfully submitted this the 25th day of August, 2025.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

3

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General
N.C. Bar No.: 39153
Email: mlucasse@ncdoj.gov

/s/ Ryan C. Grover
Ryan C. Grover
Special Deputy Attorney General
N.C. Bar No.: 53703
Email: rgrover@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763

*Counsel for Defendants*