IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CV-00283-M

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH CAROLINA STATE BOARD OF )<br>ELECTIONS; SAM HAYES, in his official )<br>capacity as Executive Director of the North )<br>Carolina State Board of Elections; FRANCIS )<br>X. DE LUCA, JEFF CARMON, STACY )<br>EGGERS IV, SIOBHAN O'DUFFY )<br>MILLEN, and ROBERT RUCHO, in their )<br>official capacities as Members of the North )<br>Carolina State Board of Elections; and )<br>STATE OF NORTH CAROLINA, )<br>)<br>Defendants. ) | **[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

THIS MATTER coming on before the Court on motion of the Defendants, North Carolina State Board of Elections, Sam Hayes, in his official capacity as Executive Director of the State Board of Elections and Francis X. De Luca, Jeff Carmon, III, Stacy Eggers, IV, Siobhan O'Duffy Millen, and Robert Rucho, sued in their official capacities as Members of the State Board of Elections, and the State of North Carolina, for an order to extend the time within which to file an answer or otherwise respond to Plaintiff's Complaint for sixty-one days up to and including Monday, October 27, 2025.

The Court finding that good cause exists to grant the motion;

[This section left blank]

IT IS HEREBY ORDERED that the deadline within which for Defendants to respond to Plaintiff's Complaint [D.E. 1] be extended by sixty-one days, up to and including Monday, October 27, 2025

SO ORDERED, this the ____ day of _____, 2025

_____
THE HONORABLE RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE