IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00283-M-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )      ORDER<br>) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

This matter comes before the court on Defendants' Second Motion for Extension of Time to Answer or Otherwise Respond to Complaint [DE 66]. Defendants request an additional sixty-one days in which to file a response to the operative pleading. Plaintiff does not object to an extension, but agrees only to a ten-day period following resolution of a motion that has been not yet filed.

In the interest of judicial efficiency and for good cause shown, the motion is GRANTED. Defendants shall file an answer or other response to the Complaint on or before October 27, 2025.

SO ORDERED this __28th__ day of August, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE