# Exhibit B

# Proposed Order

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, JEFF CARMON, STACY EGGERS IV, SIOBHAN O'DUFFY MILLEN, and ROBERT RUCHO, in their official capacities as Members of the North Carolina State Board of Elections; and STATE OF NORTH CAROLINA,<br><br>       Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil No. 5:25-cv-00283-M-RJ |

## **ORDER**

THIS MATTER comes before the Court on the Parties' Joint Motion for Entry of Consent Judgment and Order, in which the Parties suggest that the Court set a deadline of two weeks for any pending intervenors to file an amicus brief on the proposed Consent Judgment and Order. The Court having found good cause exists to proceed as the Parties propose,

IT IS HEREBY ORDERED that

1. Any pending intervenors that wish to weigh in on the proposed Consent Judgment and Order shall file a Motion for Leave to file an amicus brief on or before **Wednesday, September 17, 2025**. The brief shall be limited to addressing the relief in the proposed Consent Judgment and Order and shall otherwise conform with the requirements under Local Civil Rule 7.2.

1

2. The Court takes under advisement the Joint Motion for Entry of Consent Judgment and Order, pending its review of any amicus briefs submitted by pending intervenors.

**DONE AND ORDERED**, this _____ day of _____, 2025.

_____
Hon. Richard E. Myers II
Chief United States District Judge