# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*,<br><br>                Defendants. | Case No. 5:25-cv-00283-M-RJ |

**THE NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS' MOTION FOR RECONSIDERATION OF ITS MOTION TO INTERVENE AS DEFENDANT**

The North Carolina Alliance for Retired Americans ("the Alliance") submits this motion for reconsideration of the denial of its motion intervene as defendant, ECF No. 7, requesting that the Court grant the motion to intervene under Federal Rule of Civil Procedure 24; withdraw entry of the consent judgment under Federal Rule of Civil Procedure 59(e), ECF No. 72; and schedule adversarial briefing on the motion to approve the consent judgment, ECF No. 70. In support of this motion, the Alliance relies on the bases and authorities set forth in the attached memorandum.

September 16, 2025        Respectfully submitted,

                                                      */s/ Lalitha D. Madduri*
                                                      Lalitha D. Madduri*
                                                      Christopher D. Dodge*
                                                      Branden D. Lewiston**
                                                      Tina Meng Morrison*
                                                      James J. Pinchak*
                                                      **ELIAS LAW GROUP LLP**
                                                      250 Massachusetts Ave NW
                                                      Suite 400
                                                      Washington, DC 20001
                                                      Telephone: (202) 968-4490

lmadduri@elias.law
cdodge@elias.law
blewiston@elias.law
tmengmorrison@elias.law
jpinchak@elias.law

*Participating via Special Appearance
**Special Appearance Notice Forthcoming

Narendra K. Ghosh
N.C. Bar No. 37649
**PATTERSON HARKAVY LLP**
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

*Counsel for Proposed-Intervenor The North Carolina Alliance for Retired Americans*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was served on the parties and all other registered users via CM/ECF.

This 16 day of September, 2025

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri