IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, JEFF CARMON, STACY EGGERS IV, SIOBHAN O'DUFFY MILLEN, and ROBERT RUCHO, in their official capacities as Members of the North Carolina State Board of Elections; and STATE OF NORTH CAROLINA,<br><br>       Defendants. | Civil No. 5:25-cv-00283-M-RJ |

**PLAINTIFF UNITED STATES' MOTION FOR A STAY
OF THE ENTIRE CASE IN LIGHT OF LAPSE OF APPROPRIATIONS**

Due to a lapse in appropriations resulting in the mandatory furlough of undersigned counsel for non-excepted cases, the United States of America, by and through the United States Department of Justice, respectfully moves the Court to stay all deadlines in this case for the length of the lapse in appropriations plus 14 days after funding is restored. This stay will account for the period of time during which undersigned counsel is prohibited by law from working (even on a voluntary basis) on this case and will allow for an orderly resumption of litigation once funding has been restored by Congress. In support of this motion, the United States submits the following:

1

1. At the end of the day on September 30, 2025, appropriations to the Department of Justice lapsed. The same is true for the Plaintiff, the United States of America. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Plaintiff, the United States of America, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the entire case, including all pending motions, until Congress has restored appropriations to the Department.

4. The United States regrets any disruption caused to the Court and the parties in this matter. This motion to stay is necessary given the lapse in appropriated funding and the concomitant reduction in Department of Justice workforce.

5. Accordingly, the United States respectfully requests that the Court stay all deadlines in this case for the length of the lapse in appropriations plus 14 days after funding is restored, so as to account for the period of time during which undersigned counsel is prohibited by law from working (even on a voluntary basis) on this case and to allow for an orderly resumption of litigation once funding has been restored by Congress.

6. Defendants' counsel has authorized counsel for the Government to state that they have no objection to this motion.

7. A proposed form of Order is provided as Exhibit A to this Motion.

[Signature page follows on next page]

Respectfully submitted this 1st day of October, 2025,

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        MICHAEL E. GATES
        Deputy Assistant
        Attorney General

        */s/ James Thomas Tucker*
        MAUREEN RIORDAN
        TIMOTHY F. MELLETT
        JAMES THOMAS TUCKER
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        4 Constitution Square
        150 M Street NE, Room 8.923
        Washington, D.C. 20530
        Telephone: (202) 307-2767
        Email: james.t.tucker@usdoj.gov

**CERTIFICATE OF WORD COUNT PURSUANT TO LOCAL RULE 7.2(f)**

I hereby certify on October 1, 2025, that this Memorandum complies with Local Rule 7.2(f), in that the word count function of Microsoft Word shows the brief to contain 382 words, excluding those portions of the brief permitted to be excluded by the rule.

*/s/ James Thomas Tucker*
James Thomas Tucker
JAMES THOMAS TUCKER
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Counsel for Plaintiff United States of America

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ James Thomas Tucker*
James Thomas Tucker
JAMES THOMAS TUCKER
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Counsel for Plaintiff United States of America
