# EXHIBIT A

# Proposed Order

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, JEFF CARMON, STACY EGGERS IV, SIOBHAN O'DUFFY MILLEN, and ROBERT RUCHO, in their official capacities as Members of the North Carolina State Board of Elections; and STATE OF NORTH CAROLINA,<br><br>    Defendants. | Civil No. 5:25-cv-00283-M-RJ |

    This matter is before the Court on the United States' motion to stay all deadlines in this case for the length of the current lapse in congressional appropriations plus 14 days after funding is restored. For good cause shown:

    IT IS HEREBY ORDERED that the United States' motion is GRANTED. All deadlines in this case shall be stayed for the length of the current lapse in congressional appropriations plus 14 days after funding is restored. This order applies to any and all events and deadlines in the affected civil litigation (whether established by order, rule, or agreement), including but not limited to any scheduled proceedings, hearings, and/or discovery and pleading dates. This order does not pertain to trial dates, which shall be reset, if necessary, by separate order. Furthermore, the parties are

warned that this order does not affect rights to or deadlines concerning appeal from any decision of this Court.

IT IS FURTHER ORDERED that this stay shall be lifted automatically at the designated expiration deadline, without further order of the Court.

SO ORDERED, this _____ day of _____, 2025.

_____
Richard E. Myers, II
United States District Judge