IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil No. 5:25-cv-00283-M-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff, v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, JEFF CARMON, STACY EGGERS IV, SIOBHAN O'DUFFY MILLEN, and ROBERT RUCHO, in their official capacities as Members of the North Carolina State Board of Elections; and STATE OF NORTH CAROLINA,<br><br>    Defendants. | ORDER |

   This matter comes before the court on the Plaintiff's unopposed Motion for a Stay of the Entire Case in Light of [the] Lapse of Appropriations [DE 78]. This case was closed on September 8, 2025, with this court's issuance of a Consent Judgment and Order (DE 72). Since that time, certain third parties have filed motions concerning intervention in the case (*see* DE 72, 75), but the case has not been reopened. Here, Plaintiff seeks a "stay" of any and all briefing deadlines pending the resumption of appropriations following the current "government shutdown." Without making any findings regarding the pending motions, the court finds good cause pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to GRANT the present motion. Any and all deadlines for filing briefs concerning the pending motions in this case are stayed until further order of the court.

   SO ORDERED this 6th day of October, 2025.

         Richard E Myers II

         RICHARD E. MYERS II
         CHIEF UNITED STATES DISTRICT JUDGE