IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CV-00283-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH CAROLINA STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, JEFF CARMON, STACY EGGERS IV, SIOBHAN O'DUFFY MILLEN, and ROBERT RUCHO, in their official capacities as Members of the North Carolina State Board of Elections; and STATE OF NORTH CAROLINA, | ) ) ) ) ) ) ) ) ) ) ) | **DEFENDANTS' FIRST STATUS REPORT [D.E. 72 ¶ 10 (a), (b) & (c)]** |
| Defendants. | ) | |

NOW COMES Defendants North Carolina State Board of Elections, its Executive Director and its Members (collectively "State Board Defendants" or "Defendants"), and provides the Court with a First Status Report as contemplated by paragraph 10 of the Court's September 8, 2025 Consent Judgment and Order ("Order")]. [D.E. 72, ¶ 10 at (a), (b), and (d)]

Given that the certain deadlines in the Order had passed before the Order was filed, and the action was stayed on October 6, 2025 by the Court in response to Plaintiff's Motion for a Stay of the Entire Case in Light of Lapse of Appropriations [D.E.78], simultaneous with this filing, State Board Defendants are filing a motion to deem this report timely filed. The information required by the Order to date is set forth in separate paragraphs below:

Pursuant to Paragraph 10(a) of the Order, a copy of all materials the State Board mailed to voters in the First Mailing are attached hereto as **Exhibit A**.

Pursuant to Paragraph 10(b) of the Order, the State Board provides the following information.

- 82,741 voters were sent the first mailing identified in Paragraph 6(a) of the Order.
- The first mailing went out starting on August 15, 2025 and ending on August 22, 2025.
- On July 17, 2025, the State Board launched the Registration Repair Project to collect identification numbers on an ongoing basis for approximately 103,000 voters missing that information on the state's voter rolls by reviewing records already in the possession of county boards of elections and seeking that information from the voters themselves. *See* State Board Press Release, "State Board Launches Registration Repair Project to Ensure Accurate, Complete Voter Rolls | NCSBE," https://www.ncsbe.gov/news/press-releases/2025/07/17/state-board-launches-registration-repair-project-ensure-accurate-complete-voter-rolls , (July 17, 2025) last visited December 11, 2025. On July 17, 2025, the State Board instructed the county boards to start checking their records and begin updating registrations no later than August 15, 2025. From August 15, 2025 to December 1, 2025, 9,490 records subject to the mailings were updated to include the missing identification numbers.[1]

---

[1] The State Board can report how many of those voters' records subject to the mailings were updated during this time period, but due to limitations with the Statewide Election Information Management System ("SEIMS"), the records do not distinguish between updates to voters' records that occurred as a result of the voter providing the missing information in response to the letter and updates to voters' records that occurred as a result of the county boards of elections review of existing records in their possession. Regardless of the source utilized, the State Board can confirm that these records were updated to include the missing information.

Pursuant to Paragraph 10(d) of the Order, the State Board provides the following information:

- From July 17, 2025 to August 15, 2025, the county boards of election reviewed and updated an estimated 20,588 records in the HAVA List. This includes updates for active and inactive status voters who provided a current and valid driver's license or the last four digits of their social security number, or who confirmed they did not have that information, but that information was not entered into their record. The State Board calculated this number by subtracting the number of voters (82,741) who were part of the group to be sent the first mailer when it started going out on August 15, 2025 from the total number of voters (103,329) originally part of that group on July 17, 2025 when the county boards were first instructed to begin their internal review of records already in their possession.[2]
- From July 17, 2025 to August 15, 2025, the county boards of election reviewed and corrected 44 voter records for voters who registered before HAVA's effective date of January 1, 2004, but whose current records indicated a registration after that date, to restore their original registration date.[3]

---

[2] As noted in note one, due to limitations with SEIMS, the State Board cannot distinguish what source the county board utilized to update the information but can confirm that these records were updated to include this information and on what date. For the same reason, it is possible that county boards reviewing internal records may have continued to update voters records based upon those records after August 15, 2025. Conversely, it is possible that a voter could have updated their registration on their own before August 15, 2025 prior to being prompted by the mailer.

[3] Although the same qualification detailed in note two would apply to this number, it is far more likely that the county board discovered and corrected this issue rather than a voter initiating the change in their registration date.

In total, since the beginning of the Registration Repair Project on July 17, 2025 to the date of this filing, total number of voters missing this information has decreased from 103,329 to 72,984. *See* State Board Press Release, "State Board Launches Registration Repair Project to Ensure Accurate, Complete Voter Rolls | NCSBE," https://www.ncsbe.gov/news/press-releases/2025/07/17/state-board-launches-registration-repair-project-ensure-accurate-complete-voter-rolls , (July 17, 2025) last visited December 12, 2025; *see also* State Board webpage, "Registration Repair | NCSBE," https://www.ncsbe.gov/registrationrepair, last visited December 12, 2025; and State Board webpage, "Registration Repair Search Tool," https://dl.ncsbe.gov/RegistrationRepair/index.html, last visited December 12, 2025. These efforts continue as the State Board issued its second mailing on December 8, 2025, as required by paragraph 6(b) of the Order, and will provide a report to the Court regarding the results of that mailing on February 1, 2026, as required by paragraph 10(c) of the Order.

In the interim, the State Board Defendants remain willing to provide additional information on these issues if requested by the Court.

Respectfully submitted this the 12th day of December, 2025.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General
N.C. Bar No.: 39153
Email: mlucasse@ncdoj.gov

4

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763

*Counsel for State Board Defendants*