# EXHIBIT A

Defendants' First Status Report

# [COUNTY] COUNTY BOARD OF ELECTIONS

[PHYSICAL ADDRESS]
[CITY/STATE/ZIP]
Phone: [Phone Number] ▪ Fax: [Fax Number] ▪ [Email Address]

---

**TO:** [Applicant Name]
[Applicant Mailing Address]
[Applicant Mailing City, State, ZIP]

**RE:** **IDENTIFICATION INFORMATION NEEDED FOR YOUR VOTER REGISTRATION**

The county board of elections needs information from you to keep your voter registration current. Please respond to this letter to make sure you can cast your ballot without any difficulty in the next election.

Under federal law (52 U.S.C. 21803) and North Carolina law (G.S. 163-82.4), when a person registers to vote, they must provide their driver's license number or, if they don't have one, the last four digits of their social security number. This information is used to verify the person's identity.

Based on a review of county records, we have not been able to confirm that you provided your driver's license number or the last four digits of your social security number when you registered.

**Please provide our office with your NC driver's license number, or if you don't have one, the last four digits of your social security number.** If you don't have either of these numbers, please let us know and we will update your record to reflect that. If you don't provide this information, you may have to cast a provisional ballot the next time you vote.

There are three ways to provide this information:

(1) **MAIL**: Fill out the form below and mail it to the State Board of Elections in the enclosed pre-addressed return envelope. Postage is provided on the envelope.

(2) **ONLINE**: If you have an NC driver's license, you can submit an updated voter registration form through the NCDMV's secure website. Follow the QR Code to the right or go to **payments.ncdot.gov**. There is no fee for this service. Click "Yes" when asked to update your voter information.

(3) **IN PERSON**: Visit the office at the address at the top of this letter and provide this form in person.

The State or county elections offices will not request your personal information over the phone.

For more information, visit https://www.ncsbe.gov/registrationrepair.

| FRAUDULENTLY OR FALSELY COMPLETING THIS FORM IS A CLASS I FELONY UNDER CHAPTER 163 OF THE NC GENERAL STATUTES. |
|---|

**Provide your identification information below.** *If you have a DMV license or identification, you must provide that number. Only if you don't have that number, provide the last four digits of your social security number.*

☐ NC Driver's License Number (DLN) _____
☐ NCDMV Identification Card Number _____
☐ Last Four Digits of Social Security Number _____
☐ I do not have a driver's license/DMV ID or social security number.

_____      _____
Signature                                                    Date



# NORTH CAROLINA
## STATE BOARD OF ELECTIONS

430 N. Salisbury St. Ste 3
Raleigh, NC 27603

RETURN SERVICE REQUESTED



EXHIBIT A

PRSRT STD
U.S. POSTAGE
PAID
PHOENIX, AZ
PERMIT NO. 1335

1 1/8 X 4 1/2
7/8 Left 1/2 Bottom

EXHIBIT A

# EXHIBIT A

☐ The voter to whom this letter is addressed no longer lives here. Return to sender.

EXHIBIT A

NAME
ADDRESS 1
ADDRESS 2

COUNTY


001002974



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 4918     RALEIGH, NC

POSTAGE WILL BE PAID BY ADDRESSEE



NORTH CAROLINA
BOARD OF ELECTIONS
PO BOX 27255
RALEIGH NC 27690-5038

*MDA APPROVAL PENDING*



EXHIBIT A