IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil No. 5:25-cv-00283-M-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, JEFF CARMON, STACY EGGERS IV, SIOBHAN O'DUFFY MILLEN, and ROBERT RUCHO, in their official capacities as Members of the North Carolina State Board of Elections; and STATE OF NORTH CAROLINA,<br><br>Defendants. | ORDER |

This matter comes before the court on the Defendants' unopposed Motion to Deem Reports Timely Filed [DE 85]. On October 6, 2025, the court granted Plaintiff's motion to stay pending the lapse of appropriations and ordered that "[a]ny and all deadlines for filing briefs concerning the pending motions in this case are stayed until further order of the court." DE 79. Once appropriations resumed, the court lifted the stay on December 4, 2025.

Pursuant to the court's Consent Judgment and Order issued in this case on September 8, 2025, the State Board Defendants were ordered to file reports on October 15, 2025, and December 1, 2025, informing the court of the status of their efforts to implement the Remedial Plan (also known as "the Registration Repair Project"). Defendants have filed the required reports here and request that they be deemed "timely," particularly given the stay in place between October 6 and December 4. While the stay was, in fact, limited to the filing of briefs concerning the pending post-judgment motions, the court finds good cause to extend the deadlines and accept the status

report (containing information required by paragraphs 10(a), (b) and (d) of the Consent Judgment and Order) filed with the court at DE 84. Accordingly, the motion is GRANTED.

SO ORDERED this 15th day of December, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE