IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CV-00283-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, JEFF CARMON, STACY EGGERS IV, SIOBHAN O'DUFFY MILLEN, and ROBERT RUCHO, in their official capacities as Members of the North Carolina State Board of Elections; and STATE OF NORTH CAROLINA, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' SECOND STATUS REPORT [D.E. 72, ¶ 10 (c)]**

NOW COMES Defendants North Carolina State Board of Elections, its Executive Director and its Members (collectively "State Board Defendants" or "Defendants"), and provides the Court with a Second Status Report as contemplated by paragraph 10 of the Court's September 8, 2025 Consent Judgment and Order ("Order")]. [D.E. 72, ¶ 10 at (c)] The information required by the Order is set forth below:

Pursuant to Paragraph 10(c) of the Order, the State Board provides the following information.

- 74,333 voters were sent the second mailing identified in Paragraph 6(b) of the Order.
- The second mailing went out on November 24, 2025.[1]

---

[1] This corrects the date the second mailing was sent out which was referred to in the first Status Report. [D.E. 84]

- From December 1, 2025 to January 30, 2026, 2,355 records subject to the first and second mailings were updated to include the missing identification information.[2]

- Since the beginning of the Registration Repair Project on July 17, 2025 to the date of this filing, the total number of voters missing this information has decreased from 103,329 to 70,709. *See* State Board webpage, "Registration Repair Search Tool," https://dl.ncsbe.gov/RegistrationRepair/index.html, last visited January 30, 2026.

The State Board Defendants remain willing to provide additional information on these issues if requested by the Court.

Respectfully submitted this the 30th day of January, 2026.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General
N.C. Bar No.: 39153
Email: mlucasse@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763

*Counsel for State Board Defendants*

---

[2] The State Board reports that during this time period an additional 554 voters' records were removed from the voter registration list due to their own cancellation or other regular list maintenance processes. None of these voters were removed due to being in the Registration Repair Project.